UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 1, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC STAGNO

    Defendant.

Case No. 2:17-mj-00153-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ERIC STAGNO Case No. 2:17-mj-00153-KJN Charge 18 USC § 111(a); 38 CFR § 1.210(a)(5) and (b)(11) from custody for the following reasons:

    __X__ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): Pretrial conditions and supervision as stated on the record in open court.

Issued at Sacramento, California on September 1, 2017 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman